# United States District Court
# Eastern District of California

Akeem Anthony Graham

Plaintiff(s)

V.

Warden, California City Detention Center

Defendant(s)

Case Number: 1:26-cv-05928-VC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Rebecca Sharpless hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Akeem Anthony Graham

On 12/18/1997 (date), I was admitted to practice and presently in good standing in the Florida Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/27/2026 Signature of Applicant: /s/ Rebecca Sharpless

**Pro Hac Vice Attorney**

Applicant's Name: Rebecca Sharpless

Law Firm Name: Immigration Clinic, University of Miami School of Law

Address: 1311 Miller Drive

Suite B400

City: Coral Gables State: FL Zip: 33146

Phone Number w/Area Code: (305) 284-3576

City and State of Residence: North Bay Village, Florida

Primary E-mail Address: rsharpless@law.miami.edu

Secondary E-mail Address: ____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Dalia Blevins

Law Firm Name: La Raza Centro Legal

Address: 474 Valencia Street

Suite 295

City: San Francisco State: CA Zip: 94103

Phone Number w/Area Code: (415) 553-3435 Bar # CA 365610

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 30, 2026

JUDGE, U.S. DISTRICT COURT